Matilda Petit Pas
vs.
Centredale Worsted Mills

W.C.A.No.687

RESCRIPT

April 16, 1927

TANNER, P. J. I do not believe this woman could have gotten employment anywhere crippled as she is. She evidently went around and

was refused. She evidently did make some attempt because she did take care of this child. I am inclined to say she is entitled to this rate which has been given for this period, less the $20 that she did make.

For Petitioner: Max Winograd.
For Respondent. R. M. Greenlaw.